1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DERRICK LEE BILLUPS,                          CASE NO. 1:07-cv-00062-OWW-SMS PC

10              Plaintiff,                        ORDER STRIKING REPLY TO ANSWER

11      v.                                        (Doc. 17)

12  A. RAMIREZ, et al.,

13              Defendants.

14  _____/

15      Plaintiff Derrick Lee Billups ("plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 17, 2007, plaintiff

17  filed a reply to defendants' answer.  Neither the Federal Rules of Civil Procedure nor the Local Rules

18  provides for a reply to an answer, absent an order from the court requiring one.  Fed. R. Civ. P. 7(a).

19  In this case, the court did not order a reply to the answer.

20      Accordingly, plaintiff's reply to defendants' answer, filed September 17, 2007, is HEREBY

21  ORDERED STRICKEN from the record.

22

23  IT IS SO ORDERED.

24  **Dated:   September 18, 2007**            **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1