# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE BILLUPS, | CASE NO. 1:07-cv-00062-OWW-SMS PC |
| Plaintiff, | ORDER DISMISSING DEFENDANT SEBOLD FROM ACTION WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION |
| v. | |
| A. RAMIREZ, et al., | (Doc. 20) |
| Defendants. | |

On September 20, 2007, the parties filed a stipulation to dismiss defendant Sebold from this action, with prejudice.  Accordingly, defendant Sebold is HEREBY DISMISSED, with prejudice. Fed. R. Civ. P. 41(a)(1)(ii).

IT IS SO ORDERED.

**Dated:   September 25, 2007**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

1