# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE BILLUPS, | CASE NO. 1:07-cv-00062-OWW-SMS PC |
| Plaintiff, | ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| A. RAMIREZ, et al., | |
| Defendants. | |

Pursuant to the court's order granting Plaintiff's motion seeking leave to amend to add a new party, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for the defendant;

    (2) One completed USM-285 form for the defendant;

    (3) One copy of the complaint filed on January 12, 2007 for the defendant, plus an extra copy for the Marshal;

    (4) One copy of this order for the defendant, plus an extra copy for the Marshal;

    (5) One copy of the court's consent form for the defendant.

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**C/O GREENLY**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in its file for future use.

4. The United States Marshal shall file the returned waiver of service, or the request for waiver of service if it is returned as undelivered, as soon as received.

5. If a waiver of service is not returned by the defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

   a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDCR pursuant to this order.

   b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that the defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the Marshal need not personally serve the defendant.

///
///
///

7. In the event that the defendant either waives service or is personally served, the defendant is required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:   May 8, 2008**                              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE