# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE BILLUPS, | CASE NO. 1:07-cv-00062-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL, WITH LEAVE TO FILE AMENDED MOTION WITHIN THIRTY DAYS |
| v. | |
| A. RAMIREZ, et al., | (Doc. 24) |
| Defendants. | |

Plaintiff Derrick Lee Billups ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2008, Plaintiff filed a timely motion to compel, and Defendants filed an opposition on April 25, 2008.

As the party moving to compel, Plaintiff must inform the Court which discovery requests are the subject of his motion to compel, and, for each disputed response, inform the Court why the information sought is relevant and why Defendants' objections are not justified. Plaintiff may not simply assert that he has served discovery requests, that he is dissatisfied, and that he wants an order compelling responses. Plaintiff's motion neither identifies which interrogatories are subject to the motion to compel nor makes any showing as to relevancy or why Defendants' objections are not justified.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to compel, filed March 25, 2008, is DENIED on the ground that Plaintiff has not met his burden as the moving party; and

///

2. Plaintiff is GRANTED leave to file an amended motion to compel within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:**   July 3, 2008                               /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE