1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DERRICK LEE BILLUPS,               CASE NO. 1:07-cv-00062-OWW-SMS PC

10                Plaintiff,        ORDER DENYING AMENDED MOTION TO COMPEL

11     v.                       (Doc. 33)

12   A. RAMIREZ, et al.,

13                Defendants.

14   _____/

15       Plaintiff Derrick Lee Billups ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 25, 2008, Plaintiff filed

17   a timely motion to compel, and Defendants filed an opposition on April 25, 2008.  The Court denied

18   the motion to compel without prejudice to renewal in an order filed on July 3, 2008.  In the order,

19   the Court stated

20          As the party moving to compel, Plaintiff must inform the Court which discovery
           requests are the subject of his motion to compel, and, for each disputed response,
21         inform the Court why the information sought is relevant and why Defendants'
           objections are not justified.  Plaintiff may not simply assert that he has served
22         discovery requests, that he is dissatisfied, and that he wants an order compelling
           responses.  Plaintiff's motion neither identifies which interrogatories are subject to
23         the motion to compel nor makes any showing as to relevancy or why Defendants'
           objections are not justified.
24

25   (Doc. 31, 1:18-24.)

26   ///

27   ///

28   ///

1

Plaintiff filed an amended motion to compel on July 18, 2008, and Defendants filed an opposition on July 29, 2008.  Plaintiff's amended motion does not identify which interrogatories are in dispute and set forth the relevancy of the information sought for each interrogatory in dispute.[1]

Because Plaintiff has not met his burden as the moving party, Plaintiff's amended motion to compel, filed July 18, 2008, is HEREBY DENIED.


IT IS SO ORDERED.

**Dated:    August 21, 2008**                          /s/ **Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The interrogatories are attached to Plaintiff's motion to compel filed on March 25, 2008,