# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEE BILLUPS, | CASE NO. 1:07-cv-00062-OWW-SMS PC |
| Plaintiff, | ORDER STRIKING PROPOSED ORDER AND DECLARATION |
| v. | (Docs. 36 and 37) |
| A. RAMIREZ, et al., | |
| Defendants. | |

On September 22, 2008, Plaintiff filed a proposed order granting his motion for preliminary injunctive relief and a declaration in support of his motion for preliminary injunctive relief. However, Plaintiff neglected to file a motion. Therefore, the proposed order and declaration are ORDERED STRICKEN from the record.[1]

IT IS SO ORDERED.

**Dated:    October 10, 2008**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Because Plaintiff's signature is not on the proposed order, the Court is precluded from construing it as the motion.

1