IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DERRICK BILLUPS,**<br><br>                              Plaintiff,<br><br>v.<br><br>**A. RAMIREZ, et al.,**<br><br>                              Defendants. | Case No.:  1:07-cv-00062-CKJ<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Defendants Greenly, Collier, Hiller and Ramirez's request for an extension of time to file a reply to Plaintiff's opposition to their motion for summary judgment was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendants Greenly, Collier, Hiller and Ramirez be allowed an additional ten days, to and including March 10, 2009, within which to file their reply.

DATED this 23rd day of February, 2009.

_____
Cindy K. Jorgenson
United States District Judge

1